*United States v Deshawn Raynell Dawson.  Case No. 10-cr-20137*

<u>Index of Attachments to Defendant's Sentencing Memorandum</u>

**Attachment A – Sentencing Letters concerning Mr. Dawson's entertainment career**

**Attachment B – Sentencing Letter concerning movie contract and recording contract**

**Attachment C – Sentencing Letters from family**