# ATTACHMENT A

# Baker Hostetler

Baker&Hostetler LLP

12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025-7120

T 310.820.8800
F 310.820.8859
www.bakerlaw.com

January 11, 2011

Hayes F. Michel
direct dial: 310.979.8460
hmichel@bakerlaw.com

To the Honorable Chief Judge Rosen:

I am a partner in the Los Angeles law firm of Baker Hostetler. I write this letter in support of Deshawn Dawson, professionally known as Macshawn100.

I have represented the recording artist Calvin Broadus, professionally known as Snoop Dogg, for over 10 years and am writing this letter with his approval.

Mr. Dawson has been working with Mr. Broadus over the past months, performing both in concerts and in the recording studio. Mr. Dawson has recently signed a record deal that will help Mr. Broadus continue to work to Mr. Dawson to develop and expand his entertainment career opportunities. It is my understanding that Mr. Dawson is considered to be extremely talented and dedicated to his music career and is well-liked and respected by those working with Mr. Broadus.

While I have never met Mr. Dawson face-to-face, I have talked to him numerous times, on a wide range of topics from his concert schedule, his and my mutual families residing in Louisiana, and his responsibilities to, simply put, behave while working with Mr. Broadus. He seems to have taken this advice to heart, as I have heard only positive things about him. I am aware that Mr. Dawson has been working with Mr. Broadus in charitable ventures run by Mr. Broadus involving working with and mentoring children about alternatives to gang activities.

I hope that, in evaluating the possible benefits and appropriateness of whatever leniency is available, the Court will consider these attributes and the opportunity Mr. Dawson has to continue his progress and work as a positive role model in the community.

Sincerely,

Hayes F. Michel

HFM/ss

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

009900, 000010, 503161056.2

Ben McLane
Venice Wong

# MCLANE & WONG

*Attorneys At Law*
11135 Weddington St., Ste. 424
N. Hollywood, CA 91601
Tel: (818) 587-6801
Fax: (818) 587-6802
E-Mail: bcmclane@aol.com
www.benmclane.com

11/17/2010

Att:   The Honorable Judge Rosen

Re:    Deshawn Dawson

Dear Judge Rosen:

I am an entertainment attorney that works primarily in the music business and have represented Mr Dawson in several of his entertainment career agreements/matters. I have known of and/or worked with Mr Dawson for many years, and have seen him struggle from the streets to a professional music career by talent, hard work and determination.

In my personal dealings with and observations of Mr Dawson he has always been a responsible and respectful person, not only in his entertainment career, but in his Bay Area community (mentoring disadvantaged kids from his neighborhood and assisting with the elderly food drives). He is married with 2 children (ages 16 and 8), and I understand that he and his wife been together 18 yrs. He is a coach with his son's football team, and also very involved with his daughter's high school basketball team.

Mr Dawson recently signed a major label recording contract with Capitol/EMI, which will allow him the resources to take care of his family and never look back to the streets. Of course he needs to be readily available at all times to tour and promote worldwide for that deal to work. Hence, we respectfully hope the courts find someway for home detention, ankle monitor and community service work for Mr Dawson, so he can continue to assist his community and support his family.

Thank you.

Regards,

*Ben McLane Esq*

## MORTON & RUSSO, LLP
ATTORNEYS AT LAW

**AMY F. MORTON**
CERTIFIED SPECIALIST-CRIMINAL LAW
STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION

**DANIEL J. RUSSO** **
CERTIFIED SPECIALIST-CRIMINAL LAW
STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION

521 GEORGIA STREET
VALLEJO, CA 94590
PHONE: (707) 644-4004
FACSIMILE: (707) 644-7528

E-MAIL: law@mortonrusso.com

** Also admitted to the District of Columbia Bar

November 9, 2010

Chief Judge Gerald E. Rosen
Justice of the United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd., #730
Detroit, MI 48226

Dear Chief Judge Rosen:

My law partner, Daniel J. Russo, and I are both California State Bar Certified Criminal Law Specialists. We have both been practicing law for over twenty-five years.

We have known DeShawn Dawson for many years. He started out as our client, but with the passage of time, has become a dear friend of our office. He has strived to become a responsible father, husband and businessman. He has always been a musician; rap music is his forte. He has finally been given a good chance at success in the music industry by being taken under the wing of Snoop Dog, a legend in the rap music industry. Mr. Dawson understands that there is no room for criminal behavior with the opportunity he has been given from Snoop Dog. He understands that he will lose it all if he does not change his former ways.

The one thing that I always remember about DeShawn is that he is a family man, who always took care of his ailing grandmother in Vallejo. She was a poor woman who was partially blind and lived alone. Whenever Deshawn came to Vallejo, he always took care of his grandmother, and the love that she felt for him was special.

We sincerely hope that DeShawn will make the most of the life-changing opportunities that have been afforded to him, we believe he will rise to the occasion.

Very truly yours,

AMY F. MORTON
Attorney at Law

DANIEL J. RUSSO
Attorney at Law

AFM/DJR/vlw

RECEIVED MAR 3 2011

# Baker Hostetler

Baker&Hostetler LLP

12100 Wilshire Boulevard
15th Floor
Los Angeles, CA 90025-7120

T 310.820.8800
F 310.820.8859
www.bakerlaw.com

February 28, 2011

Hayes F. Michel
direct dial: 310.979.8460
hmichel@bakerlaw.com

To whom it concerns:

I represent Calvin Broadus, professionally known as "Snoop Dogg" as well as entities set up to handle Mr. Broadus' concert touring activities.

It is my understanding that Deshawn Dawson (performance name McShawn 100) is under contract to perform with Mr. Broadus at a series of scheduled concerts in the United States. They are as follows:

SHOW DATES AND PROMOTIONAL APPEARANCES:

March 2011
FRI   4   Performance in Las Vegas, NV
SAT   5   Performance in Primm, NV
THU   10  Performance in Miami Beach, FL
FRI   11  Performance in Pompano Beach, FL
SAT   12  Performance in Clearwater, FL
SUN   13  Performance in Mobile, AL
MON   14  Performance in Baton Rouge, LA
TUE   15  Performance in Corpus Christi, TX
WED   16  (Redbull rehearsal)
THU   17  Pending in South Padre, TX
FRI   18  Performance in Houston, TX
SAT   19  Pending in Austin, TX
SUN   20  Performance in Dallas, TX
MON   21  Dallas, TX
TUE   22  Performance in New Orleans, LA
WED   23  Pending in Jackson, MS
THU   24  Jackson, MS

To whom it concerns:
February 28, 2011
Page 2

If there is any other information you need on this issue, please call me at (310) 820-8800.

Sincerely,

Hayes F. Michel /ss

HFM/ss