# ATTACHMENT C

United States Federal Court
Detroit, Michigan.

Honorable Judge Rosen and attorney Frank Edman,

    I ask the court to consider community service instead of confinement for my nephew DeShawn Dawson. In his encounters with the law, he has never received community service. I believe that it will allow him the opportunity to further engage the community in a positive manner. He coaches his son baseball team and supports his daughter basketball team. It will prevent a disruption in his music career which appears to be on the up swing and a loss of necessary income that is needed to support his family.

    DeShawn has had his troubles with the law. However, as I have observed him, particular in the last few years, he seems to have made significant progress in his maturation. Community service could aid in his maturation.

Louis Lennard
(Ret) Psychiatric Technician
11/17/10

PATRICIA A. COLLINS
Retired Supervisor, Region I
California Teachers Association

Honorable Chief Judge Rosen:

My name is Patricia Collins, and I am De Shawn Raynell Dawson's mother-in-law. I would like to express my sincere desire to let you know the need for DeShawn to remain with his family (my daughter and grandchildren) and not be incarcerated for any length of time taking him away from his family.

DeShawn has been very dedicated to his family and until last year he has been taking physical care of his great-grandmother, who has passed away. I watched him for the entire 18 years that I have know him take care of his grandmother (who passed away a few years ago) and his great-grandmother. Being that they were both very ill before they passed, he passionately and emotionally took great care of each of them until their death.

His children depend on him in many ways; he helps with their sports teams, he makes sure that each of them participate in as many sports as possible and he puts forth much effort in keeping them involved by being assistant coach and driving to practices and games. He is very active in their sports whenever possible. He helps them with school work and stresses to them the importance of an education.

His wife, my daughter, depends on his help with the children, his cooking skills, and he is responsible for many household chores while she is working. He is a very loving father, husband, and son-in-law.

I am requesting that DeShawn not be uprooted from his family and be allowed to pursue his music career that is starting to blossom and to be able to be a productive citizen and family member.

Thank you,

*Patricia A. Collins*

Mrs. Patricia A. Collins
Pacifica, CA  94044
████████ (home)
████████ (cell)

**Pacifica Tigersharks** Pop Warner Football and Cheer
P R I D E · D I S C I P L I N E · V I C T O R Y

Pacifica, CA 94044

To: The Honorable Judge Rosen,

I'm writing you in regards to DeShawn Dawson who is one of my coaches. DeShawn has worked with me for the past 3 years, helping underprivileged children in the Pop Warner Football League. Coach Dawson has been dedicated to the development of the fatherless boys that are in the league as well as being a positive role model, giving guidance and being there physically for the boys. He brings commitment to the team and league. Both parents and the kids depend on Coach Dawson because he has the ability to deal with the boys in a special way, he is a natural and they all love him. We need Coach Dawson to continue to be involved in our boys' lives. As a parent/coach he is instrumental to our league. We respectfully ask the court for leniency in Coach Dawson's situation. Thank you very much.

Sincerely,

Coach Craig Wilson

Pacifica Tigersharks – Pop Warner Football League

January 4, 2011

Quitman, LA 71268

To: The Honorable Chief Judge Rosen

My name is Milton Bryant and I am DeShawn Dawson's uncle. I would like to express my concern about DeShawn's court case and his future. I've watched DeShawn grow over the years from a young adult to a mature man. He is a responsible spouse, father, and a man of GOD.

DeShawn is now in the position in life to provide a better life for his family and community, in which he has continuously strived toward. He is heavily involved with the youth in both states, Louisiana and California. He comes to Louisiana to have fellowship with his family quite often; he always speaks to the younger children about the importance of being productive and positive in life.

DeShawn knows how important it is for him to stay on the right path and understands that he has a chance to continue to do well. If allowed the chance, **your honor**, DeShawn will be a success. It is very important for him to take advantage of all the opportunities currently presented to him. He is an inspiration in children's lives as well as young adults. He shows them that you can come from a troubled background and still change your life around in a positive manner and be successful in the community.

DeShawn's family, in Louisiana and California, loves and supports him. I am asking the court's mercy in DeShawn's sentencing. If he continues to be involved in positive activities, we ask **your honor** for an alternative sentence other than incarceration. Society will feel a great influential impact from DeShawn by keeping him occupied in the development for the next generation.

Sincerely,

Milton Bryant
Justice of Peace
Ward 2 District B
Jackson Parish Louisiana